IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:15CR00033 |
| v.  ) | **VERDICT** |
| ) | |
| **STACEY POMRENKE,** ) | |
| Defendant.  ) | |

We, the jury, unanimously find as follows:

**Count One:** The defendant is

_____     ☒
Not Guilty        Guilty

of the charge contained in Count One of the Indictment.

**Count Two:** The defendant is

_____     ☒
Not Guilty        Guilty

of the charge contained in Count Two of the Indictment.

**Count Three:** The defendant is

           _____                      X_____
            Not Guilty                            Guilty

of the charge contained in Count Three of the Indictment.


**Count Four:** The defendant is

            _____                      X_____
            Not Guilty                            Guilty

of the charge contained in Count Four of the Indictment.


**Count Five:** The defendant is

            _____                      X_____
            Not Guilty                            Guilty

of the charge contained in Count Five of the Indictment.

1

**Count Six:** The defendant is

         __X__                         _____
     Not Guilty               Guilty

of the charge contained in Count Six of the Indictment.

**Count Seven:** The defendant is

         _____               __X__
     Not Guilty               Guilty

of the charge contained in Count Seven of the Indictment.

**Count Eight:** The defendant is

         _____               __X__
     Not Guilty               Guilty

of the charge contained in Count Eight of the Indictment.

1

**Count Nine:** The defendant is

_____   __X_____
Not Guilty                Guilty

of the charge contained in Count Nine of the Indictment.


**Count Ten:** The defendant is

_____   __X_____
Not Guilty                Guilty

of the charge contained in Count Ten of the Indictment.


**Count Eleven:** The defendant is

_____   __X_____
Not Guilty                Guilty

of the charge contained in Count Eleven of the Indictment.

1

**Count Twelve:** The defendant is

_____           __X_____
Not Guilty                              Guilty

of the charge contained in Count Twelve of the Indictment.


**Count Thirteen:** The defendant is

_____           __X_____
Not Guilty                              Guilty

of the charge contained in Count Thirteen of the Indictment.


**Count Fourteen:** The defendant is

_____           __X_____
Not Guilty                              Guilty

of the charge contained in Count Fourteen of the Indictment.

1

**Count Fifteen:** The defendant is

           _____            __X_____
           Not Guilty                Guilty

of the charge contained in Count Fifteen of the Indictment.

                                                   */s/ Stephen V. Smith*
                                                     Foreperson