**Pomrenke, Stacey**

| | |
|---|---|
| **From:** | Rosenbalm, Wes |
| **Sent:** | Tuesday, July 16, 2013 4:53 PM |
| **To:** | Pomrenke, Stacey |
| **Subject:** | RE: Invoices |

Stacey,

Over the years I have let too many emails like this go. I am not going to this time.

I resent the implication below that I am not cutting off Corporate Image because they do work for TCCS. They have not done anything for TCCS in years, this last meeting was the first since TCCS had them on retainer years ago. This is a direct attack on my integrity and I am not going to stand for that. In fact you go so far below to implicate me and a Tennessee State Delegate in some type of kick-back scheme for a Christian School, and in an email at that.

I have told you time and time again why I was keeping Corporate Image but you don't agree with it so therefore it is wrong or there must be another reason. I had a valid reason to hold off until I knew what was going to happen. Go talk to Walt and Faith and report this since you feel something is inappropriate and let's stop playing these games. I am the one that has to run BVU and be accountable for all this and I do not operate this way.

**Wes Rosenbalm, PE**
**President & CEO BVU**
15022 Lee Highway | Bristol, VA 24202
☎ (276) 821.6190 | 📠 (276) 642.2020



---

**From:** Pomrenke, Stacey
**Sent:** Tuesday, July 16, 2013 4:03 PM
**To:** Rosenbalm, Wes
**Subject:** RE: Invoices

Thanks.

---

**From:** Rosenbalm, Wes
**Sent:** Tuesday, July 16, 2013 3:55 PM
**To:** Pomrenke, Stacey
**Subject:** RE: Invoices

TCCS has no bearing on why I have kept them on retainer. It is related to us doing potential business in TN.

**Wes Rosenbalm, PE**
**President & CEO BVU**
15022 Lee Highway | Bristol, VA 24202
☎ (276) 821.6190 | 📠 (276) 642.2020



1